UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-6841 JGB (SPx) | Date | September 7, 2021 |
| Title | *Breonnah Fitzpatrick v. City of Los Angeles, et al.* | | |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order (1) ORDERING Defendants to Respond to Plaintiff's Ex Parte Application for a Temporary Restraining Order (IN CHAMBERS)

Before the Court is an ex parte application for temporary restraining order and order to show cause why a preliminary injunction should not issue filed by Plaintiff Breonnah Fitzpatrick. ("Application," Dkt. No. 15.) Plaintiff filed the Application on September 1, 2021. Plaintiff has filed proof of service on Defendants City of Los Angeles, Los Angeles Department of Transportation, Hanks Wilshire Tow, Inc., and Bridgecrest Acceptance Corporation. (Dkt. Nos. 16, 17.) No Opposition has yet been filed.

The Court ORDERS Defendants to file either an opposition or a statement of non-opposition to Plaintiff's Application by **Wednesday, September 8, 2021 at 5:00 p.m.**

**IT IS SO ORDERED.**

cc: gabriel.dermer@lacity.org;
steve@smgarberlaw.com;