MICHAEL N. FEUER, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
JOSEPH S. PERSOFF, Deputy City Attorney (SBN 307986)
200 North Main Street, 6th Floor, City Hall East
gabriel.dermer@lacity.org
joseph.persoff@lacity.org
Los Angeles, CA 90012
Phone No.: (213) 978-7560
Fax No.:     (213) 978-7011

*Attorneys for Defendants,*
**CITY OF LOS ANGELES et al.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREONNAH FITZPATRICK, an individual and as class representative,<br><br>                    Plaintiff,<br>        vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES DEPARTMENT OF TRANSPORTATION, a public entity; GENERAL MANAGER SELETA REYNOLDS, an individual; BRIAN HALE, CHIEF-PARKING ENFORCEMENT & TRAFFIC CONTROL, individually and in their official capacities; and DOES 1 through 10, in their individual and official capacities,<br><br>                    Defendants. | CASE NO.  21-CV-06841-JGB-SP<br><br>**DECLARATION OF MONIQUE BROWNE IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS**<br><br>[Filed concurrently with Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. Rule 11; Declaration of Joseph S. Persoff; [Proposed] Order]<br><br><u>Hearing</u><br>Date: April 11, 2022<br>Time: 9:00 a.m.<br>Courtroom 1 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF MONIQUE BROWNE

I, Monique Browne, declare:

1.      I am a Traffic Officer II for the City of Los Angeles Department of Transportation.  In my role as a Traffic Officer II I patrol the streets of Los Angeles and issue parking citations for vehicles that are parking in violation of California or City of Los Angeles law.  I have personal knowledge of all statements made in this Declaration, and if called to testify as a witness in this action, I would and could competently do so.

2.      On August 11, 2021 I was on patrol and observed a vehicle parked on the street at approximately 4525 Rosewood Avenue.  The vehicle's license plate number was 8AAZ781.  I issued two parking violation citations for the vehicle that day because it was illegally parked for two reasons.

3.      First, I observed that the registration tag on the vehicle's license plate was not current, in violation of California Vehicle Code § 5204(a).  I took a picture of the vehicle's license plate and issued a parking citation.  A true and correct copy of the parking citation I issued is attached as Exhibit A.  A true and correct copy of the photograph I took of the vehicle's license plate is attached as Exhibit B.  The photograph I took has a time stamp reflecting that I took the photograph at 8:55 a.m. on August 11, 2021.  This time stamp accurately reflects the time I took the photograph.

4.      Second, I observed that the vehicle was parked in a "red zone," in violation of Los Angeles Municipal Code § 80.56(e)(4).  I took two photographs of the vehicle and issued a parking citation.  A true and correct copy of the parking citation I issued is attached as Exhibit C.  A true and correct copy of the photographs I took of the vehicle parked in the "red zone" are attached as Exhibit D.  The photographs I took

DECLARATION OF MONIQUE BROWNE IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS

have time stamps reflecting that I took the photographs at 9:02 a.m. on August 11, 2021.  These time stamps accurately reflect the time I took the photographs.

5.     The vehicle, license plate number 8AAZ781, was towed at approximately 9:32 a.m. on August 11, 2021.  From the time I issued the two parking citations for the vehicle to the time the vehicle was towed, I did not interact with or observe any person contending they were the vehicle's owner and the vehicle had not been moved out of the "red zone."  Therefore, when the vehicle was towed it was removed from the "red zone."  The vehicle would not have been towed if it was not parked in the "red zone."

///

///

///

DECLARATION OF MONIQUE BROWNE IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS

1         I declare under penalty of perjury under the laws of the United States that the

2    foregoing is true and correct.  Executed February 14, 2022 at Los Angeles, California.

3

4

5

6                                            Monique Browne

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MONIQUE BROWNE IN SUPPORT OF DEFENDANTS' MOTION FOR
SANCTIONS

# EXHIBIT A

# CITY OF LOS ANGELES
# PARKING VIOLATION

CITATION # **4533868964**

| Offence Date | Offence Time | Time Marked |
|---|---|---|
| **8/11/2021** | **8:55 AM** | |

| State | License Number | VIN |
|---|---|---|
| **CA** | **8AAZ781** | **0272** |

| Month | Year | Vehicle Make | Color | Type |
|---|---|---|---|---|
| **04** | **2021** | **TOYT** | **BL** | **PA** |

| Meter#/PPD | Serial No. | Beat | Agency |
|---|---|---|---|
| | **2066** | **400** | **57** |

Location
**4525 ROSEWOOD AVE W**

In Violation of Section:
**CVC 5204A**
**DISPLAY OF TABS**

Amount Due:   **$ 25.00**

COMMENTS
NO CURRENT PROOF OF
REGISTRATION VISIBLE, APPROX
ADDRESS

**SEE REVERSE SIDE FOR CONTACT INFORMATION.**
Payment is required within 21 calendar days from above
issuance date.

Payment plans are available for indigent and eligible low
income customers. If you are experiencing homelessness,
please inquire about the Community Assistance Parking
Program (CAPP).

# EXHIBIT B



# EXHIBIT C

# CITY OF LOS ANGELES
## PARKING VIOLATION

| CITATION # | 4533868975 | |
|---|---|---|
| **Offence Date** 8/11/2021 | **Offence Time** 9:00 AM | **Time Marked** |
| **State** CA | **License Number** 8AZZ781 | **VIN** CANNOT READ |
| **Month** 04 | **Year** 2021 | **Vehicle Make** TOYT **Color** BL **Type** PA |
| **Meter#/PPD** | **Serial No.** 2066 | **Beat** 400 **Agency** 57 |

**Location**
4525 ROSEWOOD AVE W

**In Violation of Section:**
LAMC 80.56E4
RED ZONE

**Amount Due:** $ 93.00

**COMMENTS**
GOOD PAINT, APPROX ADDRESS
VEH IN STOP SIGN ZONE

**SEE REVERSE SIDE FOR CONTACT INFORMATION.**
Payment is required within 21 calendar days from above
issuance date.

Payment plans are available for indigent and eligible low
income customers. If you are experiencing homelessness,
please inquire about the Community Assistance Parking
Program (CAPP).

# EXHIBIT D





**CERTIFICATE OF SERVICE**

I, Joseph S. Persoff, am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to this action.  My business address is 200 North Main Street, Room 675, Los Angeles, California 90012.

On February 14, 2022, I served a copy of the following documents described as:

**DECLARATION OF MONIQUE BROWNE IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P RULE 11**

on the following:

Donald W. Cook                                     Attorney for Plaintiff
Samantha Koerner
Attorney at Law
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444
manncooklaw@gmail.com
doncook@earthlink.net
srkoerner@sbcglobal.net

**[x] BY E-MAIL**

By transmitting via electronic mail to the e-mail address above on this date.  I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 14, 2022 at Los Angeles, California.

　/s/ Joseph S. Persoff