MICHAEL N. FEUER, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
JOSEPH S. PERSOFF, Deputy City Attorney (SBN 307986)
200 North Main Street, 6th Floor, City Hall East
gabriel.dermer@lacity.org
joseph.persoff@lacity.org
Los Angeles, CA 90012
Phone No.: (213) 978-7560
Fax No.:    (213) 978-7011

*Attorneys for Defendants,*
**CITY OF LOS ANGELES et al.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREONNAH FITZPATRICK, an individual and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES DEPARTMENT OF TRANSPORTATION, a public entity; GENERAL MANAGER SELETA REYNOLDS, an individual; BRIAN HALE, CHIEF-PARKING ENFORCEMENT & TRAFFIC CONTROL, individually and in their official capacities; and DOES 1 through 10, in their individual and official capacities,<br><br>Defendants. | CASE NO.  21-CV-06841-JGB-SP<br><br>**DECLARATION OF JOSEPH S. PERSOFF IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS**<br><br>[Filed concurrently with Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. Rule 11; Declaration of Monique Browne; [Proposed] Order]<br><br><u>Hearing</u><br>Date: April 11, 2022<br>Time: 9:00 a.m.<br>Courtroom 1 |

DECLARATION OF JOSEPH S. PERSOFF IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS

## DECLARATION OF JOSEPH S. PERSOFF

I, Joseph S. Persoff, declare:

1.      I am a Deputy City Attorney in the office of the Los Angeles City Attorney.  I am counsel of record Defendants the City of Los Angeles, Seleta Reynolds, and Brian Hale.  I have personal knowledge of all statements made in this Declaration, and if called to testify as a witness in this action, I would and could competently do so.

2.      On January 25, 2022, I e-mailed Plaintiff's counsel a letter requesting dismissal of Plaintiff's First Amended Complaint due to Plaintiff's allegation that her vehicle was lawfully parked at the time of impound being objectively false.  A true and correct copy of that letter is attached as **Exhibit E**.  Plaintiff's counsel has not responded to this letter.

3.      On February 14, 2022, I served Plaintiff's counsel via e-mail with Defendants' Notice of Motion and Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, the Declaration of Monique Browne, this declaration, and the [Proposed] Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed February 14, 2022 at Los Angeles, California.

    /s/ Joseph S. Persoff

Joseph S. Persoff

1

DECLARATION OF JOSEPH S. PERSOFF IN SUPPORT OF DEFENDANTS'
MOTION FOR SANCTIONS

# EXHIBIT E



City Hall East
200 N. Main Street
Room 675
Los Angeles, CA 90012

(213) 978-7560 Tel
(213) 978-7011 Fax
joseph.persoff@lacity.org
www.lacity.org

**MICHAEL N. FEUER**
**City Attorney**

January 25, 2022

<u>**Via U.S. Mail and E-Mail**</u>

Donald W. Cook, Esq.
Attorney at Law
3435 Wilshire Blvd., Suite 90010
Los Angeles, CA  90010
doncook@earthlink.net

   Re:  <u>*Fitzpatrick v. City of Los Angeles, et al.*</u>, USDC Case No. 2:21-cv-6841

Mr. Cook:

   Defendants City of Los Angeles, Brian Hale, and Seleta Reynolds write to request that Plaintiff Breonnah Fitzpatrick dismiss her First Amended Complaint on the ground that her legal theory of liability is based on an objectively false factual allegation: that her vehicle was "lawfully parked" at the time it was towed.  *See* First Amended Complaint ("FAC") at ¶ ¶ 14, 16. Rather, Plaintiff's vehicle was unlawfully parked at the time of tow because the vehicle's registration had expired and because the vehicle was parked in a "red zone."

   Cal. Veh. Code § 4000 provides that, "A person shall not drive, move, or leave standing upon a highway, or in an offstreet public parking facility, any motor vehicle . . . unless it is registered and the appropriate fees have been paid under this code  . . . ."  Cal. Veh. Code § 5204 provides that, "Vehicles that . . . display expired tabs are in violation of this section."  As reflected in Exhibit D to Plaintiff's declaration submitted in support of her request for a temporary restraining order, Dkt. 15-2, the registration for Plaintiff's vehicle expired on April 10, 2021, approximately four months before the impound of her vehicle.  For your convenience, that document is attached as Exhibit 1 to this letter.  Attached as Exhibit 2 to this letter is the citation issued to Plaintiff on August 11, 2021 due to her vehicle's expired registration.

   Los Angeles Municipal Code § 80.56(e)(4) provides that "[n]o person shall stop, stand or park a vehicle at any time in any red 'No Stopping' zone."  At the time Plaintiff's vehicle was towed, her vehicle was parked in the "red zone."  Attached as Exhibit 3 to this letter is the citation issued to Plaintiff on August 11, 2021 due to her vehicle being parked in a "red zone," which includes pictures of the vehicle parked in the "red zone."  Attached as Exhibit 4 to this

Donald W. Cook, Esq.
January 25, 2022
Page 2

letter is a picture submitted by Plaintiff as an exhibit to her declaration providing additional perspective of the location of the "red zone" where her vehicle was parked.

      As the above demonstrates, Plaintiff was aware that her car was not lawfully parked when it was towed at the time she submitted her First Amended Complaint. Further, as the Court's ruling on the Motion to Dismiss reflects, the Court deems whether Plaintiff's vehicle was lawfully parked at the time of tow as a dispositive issue in this case. *See* Dkt. 49, p. 6 ("There is a distinction, from a community caretaking perspective, between removal of an illegally parked car with multiple unpaid citations and a legally parked car with multiple unpaid citations."). Accordingly, Defendants request Plaintiff dismiss her First Amended Complaint. Please confirm by February 2, 2022 whether Plaintiff will be dismissing her First Amended Complaint.

      Cordially,

      /s/ Joseph S. Persoff

      Joseph S. Persoff
      Deputy City Attorney

**Enclosures**

# EXHIBIT 1

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

***CUSTOMER RECEIPT COPY***

REGISTRATION

INFORMATION REQUEST

08/27/2021

R62R04001304A8AAZ781

DATE: 08/27/21 TIME: 11:29

INSURANCE INFORMATION ON FILE

REG VALID FROM: 04/10/20 TO 04/10/21

LIC#:8AAZ781 YRMD:13 MAKE:TOYT BTM :4H VIN :JTDKTUD30DD560272

R/O :FITZPATRICK BREONNAH CIERRA

SOLD:00/00/15 RCID:07/03/20 OCID:08/23/17 LOCD:8

L/O :BRIDGECREST ACCPT CORP, PO BX 2997, PHOENIX CITY:AZ ZIP :85062

LPT :EXT170824

TYPE:11 POWR:G VEH :17 BODY:0 CLAS:CD *-YR:17

REC STATUS:

05/19/2021 DELINQUENT NOTICE EXTRACTED

07/07/20 SMOG DUE 04/10/21

PAPERLESS TITLE

08/23/17 PREV LIC 7NMW195

PARKING VIOLATIONS ON FILE

**DMV printout**                                                      **EXHIBIT D**

# EXHIBIT 2

# CITY OF LOS ANGELES
# PARKING VIOLATION

**CITATION #**   **4533868964**

| Offence Date | Offence Time | Time Marked |
|---|---|---|
| **8/11/2021** | **8:55 AM** | |

| State | License Number | VIN |
|---|---|---|
| **CA** | **8AAZ781** | **0272** |

| Month | Year | Vehicle Make | Color | Type |
|---|---|---|---|---|
| **04** | **2021** | **TOYT** | **BL** | **PA** |

| Meter#/PPD | Serial No. | Beat | Agency |
|---|---|---|---|
| | **2066** | **400** | **57** |

**Location**
**4525 ROSEWOOD AVE W**

**In Violation of Section:**
**CVC 5204A**
**DISPLAY OF TABS**

**Amount Due:**   **$ 25.00**

**COMMENTS**
NO CURRENT PROOF OF
REGISTRATION VISIBLE, APPROX
ADDRESS

SEE REVERSE SIDE FOR CONTACT INFORMATION.
Payment is required within 21 calendar days from above
issuance date.

Payment plans are available for indigent and eligible low
income customers. If you are experiencing homelessness,
please inquire about the Community Assistance Parking
Program (CAPP).

# EXHIBIT 3



# CITY OF LOS ANGELES
## PARKING VIOLATION

| | | |
|---|---|---|
| **CITATION #** | **4533868975** | |
| Offence Date **8/11/2021** | Offence Time **9:00 AM** | Time Marked |
| State **CA** | License Number **8AZZ781** | VIN **CANNOT READ** |
| Month **04** | Year **2021** | Vehicle Make **TOYT** | Color **BL** | Type **PA** |
| Meter#/PPD | Serial No. **2066** | Beat **400** | Agency **57** |

Location
**4525 ROSEWOOD AVE W**

In Violation of Section:
**LAMC 80.56E4**
RED ZONE

| Amount Due: | **$ 93.00** |
|---|---|

COMMENTS
GOOD PAINT, APPROX ADDRESS
VEH IN STOP SIGN ZONE

**SEE REVERSE SIDE FOR CONTACT INFORMATION.**
Payment is required within 21 calendar days from above
issuance date.

Payment plans are available for indigent and eligible low
income customers. If you are experiencing homelessness,
please inquire about the Community Assistance Parking
Program (CAPP).





# EXHIBIT 4



**Scene photo (viewed N)**                                    **EXHIBIT**

**CERTIFICATE OF SERVICE**

I, Joseph S. Persoff, am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to this action.  My business address is 200 North Main Street, Room 675, Los Angeles, California 90012.

On February 14, 2022, I served a copy of the following documents described as:

**DECLARATION OF JOSEPH S. PERSOFF IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P RULE 11**

on the following:

Donald W. Cook                                                    Attorney for Plaintiff
Samantha Koerner
Attorney at Law
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444
manncooklaw@gmail.com
doncook@earthlink.net
srkoerner@sbcglobal.net

**[x] BY E-MAIL**

By transmitting via electronic mail to the e-mail address above on this date.  I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 14, 2022 at Los Angeles, California.

   /s/ Joseph S. Persoff