MICHAEL N. FEUER, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
JOSEPH S. PERSOFF, Deputy City Attorney (SBN 307986)
200 North Main Street, 6th Floor, City Hall East
gabriel.dermer@lacity.org
joseph.persoff@lacity.org
Los Angeles, CA 90012
Phone No.: (213) 978-7560
Fax No.:    (213) 978-7011

*Attorneys for Defendants,*
**CITY OF LOS ANGELES et al.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREONNAH FITZPATRICK, an individual and as class representative,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES DEPARTMENT OF TRANSPORTATION, a public entity; GENERAL MANAGER SELETA REYNOLDS, an individual; BRIAN HALE, CHIEF-PARKING ENFORCEMENT & TRAFFIC CONTROL, individually and in their official capacities; and DOES 1 through 10, in their individual and official capacities,<br><br>                    Defendants. | **CASE NO. 21-CV-06841-JGB-SP**<br><br>**[PROPOSED ORDER] GRANTING DEFENDANTS' MOTION FOR SANCTIONS**<br><br>[Filed concurrently with Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. Rule 11; Declaration of Monique Browne; Declaration of Joseph Persoff]<br><br>Hearing<br>Date: April 11, 2022<br>Time: 9:00 a.m.<br>Courtroom 1 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Upon the Motion for Sanctions Pursuant to Fed. R. Civ. P. Rule 11 filed by Defendants City of Los Angeles, Seleta Reynolds, and Brian Hale, the Court hereby rules as follows:

Plaintiff Breonnah Fitzpatrick and her counsel violated Fed. R. Civ. P. Rule 11 by filing and prosecuting her First Amended Complaint based on the material factual allegation that Plaintiff's vehicle was lawfully parked at the time of impound. Plaintiff and her counsel submitted this allegation to the Court without evidentiary support and despite the allegation not likely having evidentiary support after a reasonable opportunity for further investigation or discovery.

After having read and considered the moving and opposition papers and for the reasons set forth in the record, the Court GRANTS the motion. Accordingly, the motion is GRANTED and the following allegations are stricken from the First Amended Complaint:

- Paragraph 14, lines 6-8: "Pursuant to the VSP, a vehicle is subject to seizure for unpaid parking tickets even though it is safely parked in a lawful location, posses [*sic*] no danger and does not constitute a traffic hazard."

- Paragraph 16, lines 21-24: "On August 11, 2021, Plaintiff's vehicle was lawfully parked at a safe and legal location on the residential street Rosewood Avenue, around the corner from Plaintiff's residence on North Ardmore, in the City of Los Angeles (Koreatown area)."

Further, the Court will reconsider its Order issued on Defendants' Motion to Dismiss in light of the stricken allegations.

**IT IS SO ORDERED.**

DATED: _____          _____
                                HONORABLE JESUS G. BERNAL

[PROPOSED ORDER] GRANTING DEFENDANTS' MOTION FOR SANCTIONS

# CERTIFICATE OF SERVICE

I, Joseph S. Persoff, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 200 North Main Street, Room 675, Los Angeles, California 90012.

On February 14, 2022, I served a copy of the following documents described as:

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P RULE 11**

on the following:

Donald W. Cook                                                          Attorney for Plaintiff
Samantha Koerner
Attorney at Law
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444
manncooklaw@gmail.com
doncook@earthlink.net
srkoerner@sbcglobal.net

**[x] BY E-MAIL**

By transmitting via electronic mail to the e-mail address above on this date. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2022 at Los Angeles, California.

                                                            /s/ Joseph S. Persoff