**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-mail: manncooklaw@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREONNAH FITZPATRICK, and CHRISTOPHER OFFICER, individuals and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:21-cv-6841 JGB (SPx)<br><br>**NOTICE OF SETTLEMENT** |

TO THE HON. JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE:

The parties have reached a settlement – Defendant City of Los Angeles made a F.R.Cv.P. 68 Offer of Judgment which Plaintiffs have accepted. The parties are now preparing a form of final judgment to submit to the Court for its signature. The parties expect to submit the form of judgment within one or two days; hence, the parties request that the Court take off calendar the pretrial conference set for Monday, August 26, 2024.

DATED: August 22, 2024

**DONALD W. COOK**
Attorney for Plaintiffs

By _____
Donald W. Cook

-1-

00160975.WPD