**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-mail: manncooklaw@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREONNAH FITZPATRICK, and CHRISTOPHER OFFICER, individuals and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:21-cv-6841 JGB (SPx)<br><br>**NOTICE OF LODGING OF RULE 68 OFFER OF JUDGMENT AND ACCEPTANCE** |

TO THE COURT:

Plaintiffs hereby lodge, as ECF 157-1, the F.R.Cv.P. 68 Offer of Judgment by defendant City of Los Angeles, and hereby lodge, as ECF 157-2, Plaintiffs Breonnah Fitzpatrick and Christopher Officer's acceptance of that Offer of Judgment. Plaintiffs will submit shortly a form of judgment approved by defendants for the Court to review and sign.

DATED: September 10, 2024

                          **DONALD W. COOK**
                          Attorney for Plaintiffs

By_____
                        Donald W. Cook