HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
JEFFREY L. GOSS, Deputy City Attorney (SBN 178597)
JESSICA A. MARIANI, Deputy City Attorney (SBN 280748)
GEORGE D. LEE, Deputy City Attorney (SBN 305914)
City Hall East - 200 North Main Street, Rm. 675
Los Angeles, CA 90012
jeffrey.goss@lacity.org/ jessica.mariani@lacity.org/ george.lee@lacity.org
Tel: 213-978-7564/ Fax: 213-978-7011

*Attorneys for Defendants,*
**CITY OF LOS ANGELES,** *et al.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BREONNAH FITZPATRICK and CHRISTOPHER OFFICER, individuals and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES DEPARTMENT OF TRANSPORTATION, a public entity; and DOES 1 through 10, in their individual and official capacities,<br><br>Defendants. | **CASE NO. 21-CV-06841-JGB-SP**<br><br>The Hon. Jesus G. Bernal<br><br>**DEFENDANT CITY OF LOS ANGELES' OFFER OF JUDGMENT TO PLAINTIFFS BREONNAH FITZPATRICK AND CHRISTOPHER OFFICER [F.R.Civ.P. 68]**<br><br>Pretrial Conf.:  August 26, 2024<br>Trial Date:  September 10, 2024<br><br>Complaint Filed: August 25, 2021 |

|     |     |
| --- | --- |
| 1   | **PLEASE TAKE NOTICE THAT** Defendant City of Los Angeles ("the City"), |
| 2   | on its behalf and on behalf of Defendant City of Los Angeles Department of |
| 3   | Transportation, hereby offers to allow judgment to be taken against the City in this |
| 4   | action pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:  a |
| 5   | judgment in favor of Plaintiff Breonnah Fitzpatrick and Plaintiff Christopher Officer |
| 6   | (collectively "Plaintiffs") and against the City, in the amount of Ninety-nine thousand |
| 7   | nine hundred ninety-nine dollars and zero cents ($99,999.00), inclusive of attorney |
| 8   | fees and costs. |
| 9   | **PLEASE TAKE FURTHER NOTICE THAT** acceptance by less than all |
| 10  | Plaintiffs as defined above shall be deemed a rejection of this offer. |
| 11  | **PLEASE TAKE FURTHER NOTICE THAT** this offer is made for the |
| 12  | purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as |
| 13  | an admission that either the City, or its Department of Transportation, is liable in this |
| 14  | action, or an admission that Plaintiffs have suffered any damages. |
| 15  | **PLEASE TAKE FURTHER NOTICE THAT** that to accept this offer, |
| 16  | Plaintiffs must serve written notice of acceptance thereof within fourteen (14) days of |
| 17  | the date this offer was made. |

Dated:   August 22, 2024        HYDEE FELDSTEIN SOTO, City Attorney
                                DENISE C. MILLS, Chief Deputy City Attorney
                                KATHLEEN KENEALY, Chief Asst. City Attorney
                                GABRIEL S. DERMER, Assistant City Attorney
                                JEFFREY L. GOSS, Deputy City Attorney
                                JESSICA A. MARIANI, Deputy City Attorney
                                GEORGE D. LEE, Deputy City Attorney

                         By:    */s/ Jeffrey L. Goss*
                                Jeffrey L. Goss, Deputy City Attorney
                                Attorneys for Defendants
                                CITY OF LOS ANGELES, *et al.*