1   **DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
2   3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
3   (213) 252-9444 / (213) 252-0091 facsimile
E-mail: manncooklaw@gmail.com
4
Attorney for Plaintiffs
5

6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10   BREONNAH  FITZPATRICK,  and          Case No. 2:21-cv-6841 JGB
CHRISTOPHER  OFFICER,  individuals        (SPx)
11   and as class representatives,
                                          **PLAINTIFFS'**
12                 Plaintiffs,             **ACCEPTANCE OF RULE 68
                                          OFFER OF JUDGMENT**
13   vs.

14   CITY OF LOS ANGELES, et al.,

15                 Defendants.

16

17   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18         PLEASE TAKE NOTICE that Plaintiffs Breonnah Fitzpatrick and Christopher

19   Officer, in their capacities as individual plaintiffs pursuing their respective individual

20   claims and *not* in their respective capacities as putative class representatives, accept the

21   defendant City of Los Angeles F.R.Cv.P. 68 offer of $99,999.00, inclusive of attorney

22   fees and costs.

23   DATED: August 22, 2024

24                                 **DONALD W. COOK**
                                   Attorney for Plaintiffs
25

26

27   By_____
                      Donald W. Cook
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3435 Wilshire Boulevard, Suite 2910, Los Angeles, California 90010.

On August 22, 2024, I served the foregoing PLAINTIFFS' ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ BY MAIL -- As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☐ BY PERSONAL DELIVERY -- ( ) I delivered such envelope by hand, or ( ) I caused such envelope to be delivered by hand, via messenger service, to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

☐ BY FEDERAL EXPRESS/UPS -- I caused such envelope to be delivered by air courier, with next day service.

☒ BY ELECTRONIC SERVICE -- I sent the above-referenced document electronically to the party(ies) via his/her/their counsel's email address(es) listed on the attached service list pursuant to Rule 2.260 of the California Rules of Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 22, 2024, at Los Angeles, California.

_____
Donald W. Cook

-2-

00160967.WPD

**SERVICE LIST**
*Brewster, etc., et al. v. Charlie Beck, et al.*
U.S.D.C. Case No. EDCV 14-2257 JGB (SPx)

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Asst. City Attorney
GABRIEL S. DERMER, Assistant City Attorney
JEFFREY L. GOSS, Deputy City Attorney
JESSICA A. MARIANI, Deputy City Attorney
GEORGE D. LEE, Deputy City Attorney
City Hall East
200 N. Main Street, 6th Fl., Rm. 675
Los Angeles, CA 90012-4129
(213) 978-7558 / (213) 978-7011 facsimile
Email: gabriel.dermer@lacity.org / jeffrey.goss@lacity.org /
jessica.mariani@lacity.org / george.lee@lacity.org
Attorneys for Defendants City of Los Angeles and City of Los Angeles Department of Transportation

00160967.WPD