JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREONNAH FITZPATRICK, and CHRISTOPHER OFFICER, individuals and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY LOS ANGELES, ET AL.,<br><br>Defendants. | Case No. 2:21-cv-6841 JGB (SPx)<br><br>**JUDGMENT** |

Pursuant to the terms of the F.R.Cv.P. 68 Offer of Judgment by defendant City of Los Angeles (ECF 157-1) and Plaintiffs' acceptance thereof (ECF 157-2) Judgment is entered in favor of Plaintiffs Breonnah Fitzpatrick and Christopher Officer and as against the City of Los Angeles in the total amount of $99,999.00, inclusive of attorneys' fees and costs. Claims against Defendant City of Los Angeles Department of Transportation are hereby dismissed.

DATED: September 23, 2024

_____
HON. JESUS G. BERNAL
United States District Judge