**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-mail: manncooklaw@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREONNAH FITZPATRICK et al., individuals and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:21-cv-6841 JGB (SPx)<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Breonnah Fitzpatrick and Christopher Officer as class representatives, and Plaintiff Timothy McCarty individually and as class representative, hereby appeals to the Ninth Circuit Court of Appeals the judgment entered September 23, 2024 (ECF 159), the dismissal of August 30, 2024 (ECF 156) and all prior interlocutory orders.

DATED: September 30, 2024

**DONALD W. COOK**
Attorney for Plaintiffs

By _____
Donald W. Cook

00161509.WPD