**HYDEE FELDSTEIN SOTO,** City Attorney – SBN 106866
**DENISE C. MILLS,** Chief Deputy City Attorney – SBN 191992
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney – SBN 212289
**SHAUN DABBY JACOBS**, Supervising City Attorney – SBN 185073
**JEFFREY LEE GOSS**, Deputy City Attorney – SBN 178597
**MICHAEL M. WALSH,** Deputy City Attorney – SBN 150865
200 North Spring Street, 14th Floor
Los Angeles, CA 90012
Phone No. (213) 978-2209  Fax No. (213) 978-0763
Email: Jeffrey.goss@lacity.org, Michael.walsh@lacity.org

*Attorneys for Defendants,*
**CITY OF LOS ANGELES et al.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREONNAH FITZPATRICK, an individual and as class representative,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES DEPARTMENT OF TRANSPORTATION, a public entity; GENERAL MANAGER SELETA REYNOLDS, an individual; BRIAN HALE CHIEF-PARKING ENFORCEMENT & TRAFFIC CONTROL, individually and in their official capacities; HANKS WILSHIRE TOW, INC., dba S&J Wilshire Tow a California corporation; BRIDGECREST ACCEPTANCE CORPORATION, an Arizona corporation; and DOES 1 through 10, in their individual and official capacities,<br><br>*Defendants*. | Case No. 21-CV-06841-JGB-SP<br><br>**DEFENDANT'S NOTICE OF CROSS-APPEAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants the City of Los Angeles, City of Los Angeles Department of Transportation, and the Los Angeles Police Department (collectively, Defendants), herby cross-appeal, following the notice of appeal filed by Plaintiffs on September 30, 2024.  See

1

Ninth Cir. Case No. 24-5998. Defendants now cross-appeal to the Ninth Circuit Court of Appeals the judgment entered September 23, 2024 (ECF 159), insofar as it incorporates all interlocutory orders, including but not limited to the court's rulings denying motions to dismiss (ECM 48, 92, and 106) and the order granting in part Plaintiff's Motion for Summary Judgment (ECM 130).

There was a previous appeal in this matter, filed on September 30, 2014 (ECM 160), Ninth Circuit Case No. 22-55884.

DATED: October 15, 2024

HYDEE FELDSTEIN SOTO, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney
SHAUN DABBY JACOBS, Supervising City Attorney
JEFFREY LEE GOSS, Deputy City Attorney
MICHAEL M. WALSH, Deputy City Attorney

*/s/ Jeffrey L. Goss*

By:
**JEFFREY LEE GOSS,** Deputy City Attorney
Attorneys for Defendants
CITY OF LOS ANGELES